UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JODELINE REGIS,                          )
                                         )
         Plaintiff,                      )
                                         )
    v.                                   ) CAUSE NO: 2:23-cv-00227-JRS-MJD
                                         )
FUTABA INDIANA OF                        )
AMERICA CORPORATION,                     )
                                         )
         Defendant.                      )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear her/its own costs and attorneys' fees.

Attorneys for Plaintiff                       Attorneys for Defendant


/s/ Bradley L. Wilson                         /s/ Bonnie L. Martin (w/ permission)
Bradley L. Wilson                             Bonnie L. Martin
Shannon L. Melton                             Cheyna H. Galloway
Wilson Melton, LLC                            Ogletree, Deakins, Nash, Smoak, & Stewart
5226 South East Street, Suite A-5             300 N. Meridian St., Suite 2700
Indianapolis, Indiana 46227                   Indianapolis, Indiana 46204