UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JODELINE REGIS,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) CAUSE NO: 2:23-cv-00227-JRS-MJD
                                   )
FUTABA INDIANA OF                  )
AMERICA CORPORATION,               )
                                   )
        Defendant.                 )

## ORDER

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its/her own costs and attorneys' fees.

Date: 2/8/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF